```
WA No.: BPD14703, type: regular, created on 03-07-2013 by RANDY HILGER.
---------------------------------------------------------------------------
                          Asset Information
                          ==================
Fleet/unit:    005783-00407202
Client:        DS WATERS OF AMERICA, INC.
Level 2:       KLEWIS (KEITH LEWIS)
Vehicle:       2007 FORDX  E-350 SUPER      VIN:       1FTSS34L2-7DA02246
Driver:        ANY COMPANY DRIVER           License:   MA
On Road:       01-01-2007                   Off Road:  No
Odometer:      147475                       Hour Meter: 000000

Fleet Msg:
Unit Msg:

Car MTC. Advisor:   PAINSCHAB  MARK
Truck MTC. Advisor: BEATT  RUSS


Supplier Information:
=====================
Contact:    BILL
            0000841305
            Goodyear
            20 Traders Way
            POOLER, GA 31322-
            (912) 748-4663

RO Numbers: 3933.


Line ATA code    Description                    Qty.      Req.$       Auth.$
-----------------------------------------------------------------------------
09   00-88-999   LF3-9,RF4-7,RR4,LR6              1        0.00         0.00
07   00-40-003   Lube Oil Filter                  1       34.00        34.00
03   03-17-001   Go Lt24575r16 Safariatr          3      436.00       436.00
05   00-17-013   Balance 1 Tire                   3       33.00        33.00
06   00-17-020   Disposal Charge                  3        6.00         6.00
04   00-17-008   Valve Stem/rebuild Kit           3        9.00         9.00
02   00-13-047   Rear Disc Brake Reline           1      163.00       163.00
01   00-11-006   Thrust Angle Alignment           1       70.00        70.00
08   00-88-661   @OKBY:LEWIS KEITH      $751      1        0.00         0.00
                                                        --------     --------
                                                         751.00       751.00

Comments:
---------
DRIVER: ANY COMPANY DRIVER   (508)697-3350   (000)000-0000 DRIVER IN FOR
LOF, VIBRATION AT HWY SPPEDS. FRONT TIRES CHOPPED AND WORN ON INSIDE EDGE
CAUSING VIBRATION. SU REC THREE TIRES AND ALIGNMENT.  REAR BRAKES AT 3MM
REMAINING. ROTORS ARE MACHINEABLE R1 03/07
```


EXHIBIT A