```
WA No.: BBW17750, type: regular, created on 05-20-2013 by KYLE STAGEBERG.
------------------------------------------------------------------------
                         Asset Information
                         =================
Fleet/unit:   005783-00407202
Client:       DS WATERS OF AMERICA, INC.
Level 2:      KLEWIS (KEITH LEWIS)
Vehicle:      2007 FORDX  E-350 SUPER       VIN:   1FTSS34L2-7DA02246
Driver:       ANY COMPANY DRIVER            License:    MA
On Road:      01-01-2007                    Off Road:   No
Odometer:     157605                        Hour Meter: 000000

Fleet Msg:
Unit Msg:

Car MTC. Advisor:   PAINSCHAB    MARK
Truck MTC. Advisor: BEATT    RUSS


Supplier Information:
=====================
Contact:    BILL
            0000841305
            Goodyear
            20 Traders Way
            POOLER, GA 31322-
            (912) 748-4663

RO Numbers: 4134.


Line ATA code   Description                     Qty.    Req.$      Auth.$
-------------------------------------------------------------------------
02   00-40-003  Lube Oil Filter                   1     33.00       33.00
01   00-17-027  Tire Repair                       1     25.00       25.00
                                                       -------     -------
                                                        58.00       58.00

Comments:
---------
DRIVER: ANY COMPANY DRIVER    (508)697-3350   (000)000-0000
DVR; LOF; FLAT REP, LR KS 05/20
```

EXHIBIT B