```
                                                        FILED
                                                    U.S. DISTRICT COURT
                                                      SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA       2014 DEC 22  AM 11:23
SAVANNAH DIVISION

```
                                                    CLERK
                                                    SO. DIST. OF GA.
```

| | |
|---|---|
| COREY M. BUTLER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV413-235 |
| THE GOODYEAR TIRE & RUBBER COMPANY, COOPER TIRE & RUBBER COMPANY, and GE CAPITAL FLEET SERVICES, INC., | ) |
| Defendants. | ) |

## O R D E R

Before the Court is Plaintiff Corey M. Butler's Joint Motion for Dismissal. (Doc. 114.) In the motion, Plaintiff and Defendant Cooper Tire & Rubber Company ("Cooper") state that they have reached a confidential settlement agreement and request that Plaintiff's claims against Defendant Cooper be dismissed. (Id. ¶¶ 1-2.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." No Defendant has objected to Defendant Cooper's dimissal. After careful consideration, Plaintiff's motion is **GRANTED** and Plaintiff's claims against Defendant Cooper are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney fees.

SO ORDERED this 22ND day of December 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA