Emit B Deal

Consulting Economist

1253 Emit Deal Rd

Statesboro, Ga 30458

912-515-5673

Robert Bartley Turner

102 East Liberty St. 8th Floor

Savannah, Georgia 31401

RE: Corey M Butler

January 6, 2015

| | |
|---|---|
| Appraisal | $ 6,900 |
| Expenses | $ 100 |
| TOTAL DUE: | $ 7,000 |

EXHIBIT C