IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CORY M. BUTLER, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION FILE NO.: |
| | : 4:13-cv-00235-WTM-GRS |
| THE GOODYEAR TIRE & RUBBER COMPANY et al, | : |
| Defendants. | : |

## ORDER GRANTING DS SERVICES OF AMERICA, INC. and SAFETY NATIONAL CASUALTY CORPORATION'S MOTION TO INTERVENE

For good cause shown, based upon the motion and pleadings submitted in support of Movants' Motion to Intervene, and it appearing to the Court that Movants are entitled to such intervention pursuant to Fed. R. Civ. P. 24 and O.C.G.A. § 34-9-11.1, it is hereby ordered that the Motion of DS Services of America, Inc. and Safety National Casualty Corporation is GRANTED, and Movants are hereby designated as Intervenors/Plaintiffs in this action. The Clerk of Court is hereby directed to mark the docket to identify DS Services of America, Inc. and Safety National Casualty Corporation as set forth in this order.

**IT IS FURTHER ORDERED** that the Proposed Intervenors' Complaint attached as Exhibit "A" to their Motion shall constitute the initial pleading of Intervenors/Plaintiffs, and shall be deemed to have been filed as of the date of the

entry of this Order. Neither the original Plaintiff, nor Defendants need file any answer to the Intervenors' Complaint.

SO ORDERED, this 25th day of January, 2016.

_____
Honorable G. R. Smith
Magistrate Judge, United States District Court, Southern District of Georgia, Savannah Division

Submitted By:

/S/ D. Lee Clayton

By: _____
D. Lee Clayton
Georgia State Bar No. 601004
Attorneys for Intervenors

**SWIFT, CURRIE, McGHEE & HIERS, LLP**
The Peachtree
1355 Peachtree Street, N.E.
Suite 300
Atlanta, Georgia 30309-3238
(404) 874-8800