## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| CORY M. BUTLER, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION FILE NO.: |
| | : | 4:13-cv-00235-WTM-GRS |
| THE GOODYEAR TIRE & | : | |
| RUBBER COMPANY; | : | |
| and GELCO CORPORATION | : | |
| d/b/a/ GE CAPITAL FLEET | : | |
| SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| and | : | |
| | : | |
| DS SERVICES OF AMERICA, INC. | : | |
| And SAFETY NATIONAL CASUALTY | : | |
| CORPORATION, | : | |
| | : | |
| Intervenors. | : | |

## PLAINTIFF, DEFENDANT, AND INTERVENORS
## JOINT MOTION FOR DISMISSAL

COME NOW, Plaintiff Corey M. Butler, Defendants The Goodyear Tire &

Rubber Company and Gelco Corporation d/b/a GE Fleet Services, Inc., and

Intervenors DS Services of America, Inc. and Safety National Casualty

Corporation, and pursuant to Fed. R. Civ. P. 41(a)(2) file this Joint Motion for dismissal of this action, respectfully showing the Court as follows:

1.

Plaintiff and Defendants have reached a confidential settlement agreement for all claims asserted by Plaintiff against Defendants in this action.

2.

Accordingly, Plaintiff and Defendants move for an Order granting dismissal of this action.

3.

Defendants have asserted no counter-claims against Plaintiff, nor has any other Defendant asserted any cross-claim against Defendants. Thus, no party would be unduly prejudiced by dismissal.

4.

Intervenors desire to dismiss their Complaint as well.

5.

A proposed Order is filed contemporaneously with this joint motion for the Court's consideration.

Respectfully submitted this 10th day of March, 2016.

/s/ Robert Bartley Turner
Robert Bartley Turner
Georgia Bar No: 006440
William K. Otto
Georgia Bar No: 856219
*Attorneys for Plaintiff*

Savage, Turner & Pinckney
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140

/s/ Grant B. Smith
Grant B. Smith
Georgia Bar No: 658345

Dennis, Corry, Porter & Smith, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 365-0102

/s/ Frank M. McDonald, Jr.
Frank M. McDonald, Jr.
Florida Bar No: 0327093

Frank McDonald, Esq.
McDonald Toole Wiggins, P.A.
111 North Magnolia Avenue, Suite 1200
Orlando, FL 32801
(407) 246-1800

**(SIGNATURE CONTINUES ON NEXT PAGE)**

/s/ D. Lee Clayton
D. Lee Clayton
Georgia State Bar No. 601004

*Attorney for Intervenors*

Swift Currie McGhee & Hiers, LLP
The Peachtree
1355 Peachtree Street, N.E.
Suite 300
Atlanta, Georgia 30309-3238
(404) 874-8800

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Joint Motion For Dismissal** via the United States District Court Southern District of Georgia's electronic filing system and also by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Frank G. Cardillo
219 W. Bryan Street
Suite 303
Savannah, GA  31404
*Counsel for Plaintiff*

Robert Bartley Turner
Savage & Turner, PC
P.O. Box 10600
Savannah, GA  31412

Ashleigh Ruth Madison
Southeast Law, LLC
426 Barnard Street
Savannah, GA  31401

James B. Franklin
Franklin Taulbee, Rushing, Snipes
& Marsh, LLC
P.O. Box 327
Statesboro, GA  30459

David A. Terry
Michael R. Boorman
Huff, Powell & Bailey, LLC
999 Peachtree Street, NE
Suite 950
Atlanta, GA  30309

Francis Morton McDonald, Jr.
McDonald Toole Wiggins, PA
111 N. Magnolia Avenue
Suite 1200
Orlando, FL  32801

Grant B. Smith
Brent Michael Estes
Dennis Corry Porter & Smith, LLP
14 Piedmont Center
3535 Piedmont Rd. NE
Suite 900
Atlanta, GA  30305

This 10th day of March, 2016.

SWIFT, CURRIE, McGHEE & HIERS, LLP

By:   _____/s/ D. Lee Clayton_____
      D. Lee Clayton
      Georgia State Bar No. 601004

      Attorney for Intervenors

The Peachtree
1355 Peachtree Street, N.E.
Suite 300
Atlanta, Georgia 30309-3238
(404) 874-8800