IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COREY M. BUTLER,          )<br>                           )<br>     Plaintiff,           )<br>                           )<br>v.                         )<br>                           )<br>DS SERVICES OF AMERICA, INC. )<br>and SAFETY NATIONAL CASUALTY )<br>CORPORATION,              )<br>                           )<br>     Intervenors,          )<br>                           )<br>v.                         )<br>                           )<br>THE GOODYEAR TIRE & RUBBER  )<br>COMPANY and GE CAPITAL FLEET )<br>SERVICES, INC.,           )<br>                           )<br>     Defendants.           )<br>_____) | CASE NO. CV413-235 |

## O R D E R

Before the Court are Plaintiff and Defendants' Joint Motion for Dismissal (Doc. 184), and Plaintiff, Defendants, and Intervenors' Joint Motion for Dismissal (Doc. 192). Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." No party has objected to either dismissal. After careful consideration, both motions are **GRANTED** and all remaining claims in this case are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney fees. As a result

of dismissal, all other pending motions (Doc. 127; Doc. 130; Doc. 131; Doc. 132; Doc. 133; Doc. 135; Doc. 136; Doc. 137; Doc. 139; Doc. 174) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of March 2016.

/s/ William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2